No. 522. PARKER *v.* HOWELL ET AL. Supreme Court of Utah. Certiorari denied. *John J. Spriggs, Jr.* for petitioner. *Dennis McCarthy* for respondents.

No. 527. TRENTMAN ET AL. *v.* CITY AND COUNTY OF DENVER ET AL. C. A. 10th Cir. Certiorari denied. *Barkley L. Clanahan* for petitioners. *John C. Banks* for respondents.

No. 528. MITCHELL, SECRETARY OF LABOR, *v.* FEINBERG. C. A. 2d Cir. Certiorari denied. *Solicitor General Rankin, Stuart Rothman* and *Bessie Margolin* for petitioner. Respondent *pro se.*

No. 208, Misc. MAXWELL, ALIAS BAGBY, *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Rankin, Assistant Attorney General Olney* and *Beatrice Rosenberg* for the United States.

No. 304, Misc. SALEMI *v.* DENNO. C. A. 2d Cir. Certiorari denied. *Osmond K. Fraenkel* for petitioner. *Frank S. Hogan* and *Charles W. Manning* for respondent.

No. 505. ALABAMA *v.* PLANTATION PIPE LINE Co. Supreme Court of Alabama. Certiorari denied. *John Patterson,* Attorney General of Alabama, and *William N. McQueen, William H. Burton* and *Willard W. Livingston,* Assistant Attorneys General, for petitioner. *Jos. F. Johnston* for respondent.